UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AAI RECOVERIES, INC.,
    Plaintiff
v.
G & G LUMBER CORP. et al.,          CIVIL NO. 98-1708 (DRD)
Defendants.

## ORDER

    Defendants' Motion Requesting Stay of Execution (Docket No. 23) is **DENIED**. The Court has already denied (Docket No. 19) Defendants' prior motion for reconsideration, and further, the newly proffered evidence of supposed payments on the outstanding debt is untimely (see Docket No. 19 at p.8). Accordingly, Plaintiff's dual Motions Requesting Extension of Time to Oppose (Docket No. 24 and 25) are **GRANTED/MOOT**. The Court reluctantly declines to impose sanctions on Defendants for their dilatory tactics, however, Plaintiff may proceed with execution of judgment.

IT IS SO ORDERED.

Date: April 3, 2001

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**