**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| AAI RECOVERIES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. 98-1708 (DRD) |
| | * | |
| G & G LUMBER CORP., et al. | * | |
| | * | |
| Defendants. | * | |

**ORDER OF CONFIRMATION OF SALE**

    **WHEREAS,** the Court has examined the report filed by the Special Master, Eduardo René Estades, concerning the judicial sale of the interest of defendants Gerardo Pérez Menéndez, also known as Gerardo Alejandro Pérez Menéndez, and Ana Lucila García in Apartment B-401 of Condominio Parque El Señorial referred to and more fully described in said report and in the order for execution of judgment signed in this case on January 31, 2001.

    **WHEREAS,** the plaintiff has moved the Court to confirm and ratify the aforesaid judicial sale.

    **IT IS NOW ORDERED, ADJUDGED AND DECREED THAT:**

    1. the judicial sale by the Special Master to plaintiff, AAI Recoveries, Inc., of Apartment B-401 of Condominio Parque El Señorial is hereby confirmed and ratified;

    2. the Special Master, Eduardo René Estades, is authorized to execute and deliver to AAI Recoveries, Inc. a deed of conveyance of the aforesaid property.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, December _07_, 2001.


DANIEL R. DOMÍNGUEZ
U.S. District Judge